Certificate Number: 14912-CAC-DE-036938027

Bankruptcy Case Number: 22-13658



14912-CAC-DE-036938027

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 28, 2022, at 9:33 o'clock PM EDT, Jennifer Stewart completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Central District of California.

Date:  October 28, 2022        By:  /s/Jai Bhatt

                               Name:  Jai Bhatt

                               Title:  Counselor